Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>DONGGUAN YIKANG PLUSH TOYS CO., LTD. d/b/a WWW.SQUISHMALLOWSS.COM,<br><br>*Defendant* | **21-cv-8111 (JGK)**<br><br>[PROPOSED]<br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this _13_ day of _October_, 2021, at _2:54_ p.m.
New York, New York

_____
HON. JOHN G. KOELTL