```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KELLY TOYS HOLDINGS, LLC,

                Plaintiff,

  - against -

DONGGUAN YIKANG PLUSH TOYS CO., LTD.
d/b/a WWW.SQUISHMALLOWSS.COM,

                Defendant.

21-cv-8111 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For good cause shown, the Temporary Restraining Order dated September 30, 2021 is continued until October 20, 2021, subject to all the same conditions and for all the same reasons.

SO ORDERED.

Dated:    New York, New York
           October 13, 2021

                                        John G. Koeltl
                                United States District Judge