UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELLY TOYS HOLDINGS, LLC,

        Plaintiff,

- against -

DONGGUAN YIKANG PLUSH TOYS CO., LTD.
D/B/A/ WWW.SQUISHMALLOWSS.COM,

        Defendant.

21-cv-8111 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff should file a proposed order to show cause for a default judgment by May 6, 2022.

SO ORDERED.

Dated:    New York, New York
            April 21, 2022

                                      John G. Koeltl
                               United States District Judge