UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELLY TOYS HOLDINGS, LLC,

              Plaintiff,

    - against -

DONGGUAN YIKANG PLUSH TOYS CO., LTD.,

             Defendant.

---

21-cv-8111 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the plaintiff may file an amended complaint by July 15, 2022. The Certificate of Default as to Dongguan Yikang Plush Toys Co., Ltd. (ECF No. 24) is vacated. The plaintiff's motion for a default judgment is denied as moot.

SO ORDERED.

Dated:    New York, New York
            July 7, 2022

                                          John G. Koeltl
                                   United States District Judge