```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

KELLY TOYS HOLDINGS, LLC,

                Plaintiff,

  - against -

DONGGUAN YIKANG PLUSH TOYS CO.,
LTD., ET AL.,

                Defendants.

21-cv-8111 (JGK)

ORDER

-----------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiff has presented the Court with a Proposed Amended Preliminary Injunction Order. The plaintiff should promptly provide the Court with a redline comparing the changes between the Preliminary Injunction Order (ECF No. 16) and the Proposed Amended Preliminary Injunction Order. The plaintiff should also provide the Court with an explanation of those changes.

    The plaintiff should also ensure that copies of the Proposed Amended Preliminary Injunction Order and the amended complaint are served on the defendants. The defendants may respond to the Proposed Amended Preliminary Injunction Order within 14 days of service. The plaintiff may file a reply 7 days thereafter.

If the defendants do not file a response, then the Proposed Amended Preliminary Injunction Order may be granted based on the papers that have already been submitted.

**SO ORDERED.**

Dated:   New York, New York
         July 15, 2022

_____
John G. Koeltl
United States District Judge