UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

KELLY TOYS HOLDINGS, LLC,                21-cv-8111 (JGK)

           Plaintiff,                ORDER

      - against -

GUANGZHOU LIANQI TECHNOLOGY CO.,
LTD., ET AL.,
           Defendants.

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The status conference scheduled for January 30, 2023, at 2:30 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
           January 27, 2023

                                      _____
                                        John G. Koeltl
                                United States District Judge