UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELLY TOYS HOLDINGS, LLC,　　　　　　　　21-cv-8111 (JGK)

　　　　　　Plaintiff,　　　　　　　　　　ORDER

　　- against -

GUANGZHOU LIANQI TECHNOLOGY CO.,
LTD., ET AL.,
　　　　　　Defendants.

---

JOHN G. KOELTL, District Judge:

　　This Court entered an amended preliminary injunction order in this action on November 9, 2022 (ECF No. 52). To date, no further docket activity has occurred in the action.

　　Because the remaining defendants have not yet appeared in the action, the plaintiffs are directed to file proof of service of the amended preliminary injunction order on the defendants by **March 1, 2023.** If the defendants have not yet been served with the amended preliminary injunction order already, the defendants will have **7 days** from the date of service to appear and move to dissolve or modify the amended preliminary injunction order.

　　If, however, the defendants have already been served with the amended preliminary injunction order and have failed to appear, the plaintiffs should file, along with their proof of service due March 1, 2023, a letter apprising the Court of the

status of this action and indicating whether the plaintiff intends to seek a default judgment against the defendants.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **February 15, 2023**

                                          John G. Koeltl
                                    **United States District Judge**

2