```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**KELLY TOYS HOLDINGS, LLC,**                    21-cv-8111 (JGK)

          Plaintiff,                         ORDER

        - against –

**GUANGZHOU LIANQI TECHNOLOGY CO., LTD., ET AL.,**

          Defendants.
―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    On May 3, 2023, the Clerk issued a certificate of default as to the defendants. ECF No. 60. On May 16, 2023, the Court issued an order to show cause why a default judgment should not be entered against the defendants. ECF No. 66. The plaintiff timely served the order to show cause on the defendants and filed proof of service on the docket. ECF No. 67. The time to respond to the order to show cause was June 9, 2023, but to date, the defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 16, 2023**               /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                      **United States District Judge**