UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                 :
KELLY TOYS HOLDINGS, LLC,               :
                                                 :
                           Plaintiff,                 :          21-CV-8111 (AS) (GWG)
                                                 :
                           -v-                            :          <u>ORDER</u>
                                                 :
GUANGZHOU LIANQI TECHNOLOGY CO., LTD.  :
D\B\A www.squishmallowss.com and             :
www.squishmallowss.com,                            :
                                                 :
                           Defendants.        X
-------------------------------------------------------------------
ARUN SUBRAMANIAN, United States District Judge:

        On June 16, 2023, the Court granted a default judgment to Plaintiff on the issue of liability and referred this case to Magistrate Judge Gorenstein for an inquest on the issue of damages. *See* Dkts. 68, 69. In a Report and Recommendation filed on April 1, 2024, Magistrate Judge Gorenstein recommended Plaintiff be awarded $500,000, post-judgment interest, transfer of the infringing domain name, and a permanent injunction. *See* Dkt. No. 76.

        Under Title 28, United States Code, Section 636(b)(1)(C) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, a party may file "specific written objections" to a Magistrate Judge's Report and Recommendations "[w]ithin fourteen days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2); *see* 28 U.S.C. § 636(b)(1)(C). If a party does not file such written objections within the specified time, however, that party "waives any further judicial review of the report," both by the District Court and on appeal. *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992).

        It is therefore ORDERED that **within two business days of the date of this Order,** Plaintiff shall serve a copy of the Report and Recommendation on Defendants, together with a copy of this Order, and file proof of such service on the docket. If Plaintiff believes such service has already been made, it shall file proof of such service on the docket by the same date.

        SO ORDERED.

Dated: April 15, 2024
       New York, New York

                                                                                     _____
                                                                                      ARUN SUBRAMANIAN
                                                                                    United States District Judge