UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY TOYS HOLDINGS, LLC,

                Plaintiff,                         21 **CIVIL** 8111 (AS)(GWG)

       -against-                         **<u>JUDGMENT</u>**

GUANGZHOU LIANQI TECHNOLOGY CO., LTD.
D\B\A www.squishmallowss.com and
www.squishmallowss.com,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 1, 2024, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety. Plaintiff is awarded $500,000, post-judgment interest, transfer of the infringing domain name, and a permanent injunction; accordingly, the case is closed.

**Dated:** New York, New York

     May 2, 2024

                                                           **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                         **BY:**     *K. Mango*

                                                            **Deputy Clerk**