Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>GUANGZHOU LIANQI TECHNOLOGY CO., LTD. d/b/a WWW.SQUISHMALLOWSS.COM and WWW.SQUISHMALLOWSS.COM,<br><br>*Defendants* | **CIVIL CASE NO. 21-cv-8111 (AS) (GWG)**<br><br>**ORDER FOR RETURN OF**<br><br>**SECURITY BOND** |

The Court, having entered a final default judgment and permanent injunction and having directed the Clerk of Court to close this case, hereby GRANTS Plaintiff's request for the return of the Twenty Five Thousand U.S. Dollar ($25,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Twenty Five Thousand U.S. Dollar ($25,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this 22nd day of April, 2026.

_____
HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE